UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VOICES UNITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-00693-TWP-MPB |
| | ) |
| CARMEL CLAY SCHOOLS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Stipulation of Dismissal**

The parties, by their counsel, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this case.

**WHEREFORE,** the parties stipulate to the dismissal of this case, with each party to bear their own costs.

s/ *Jan P. Mensz*
Jan P. Mensz
Kenneth J. Falk
ACLU of Indiana
2457 E. Washington St., Suite Z
Indianapolis, IN 46201
317/635-4059
fax: 317/635-4105
jmensz@aclu-in.org
kfalk @aclu-in.org
*Attorneys for the plaintiff*

/s/ Alexander P. Pinegar
Alexander P. Pinegar, #26543-49
CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street Noblesville, IN 46060
317-773-2190 (phone)
317-773-5320 (fax)
apinegar@cchalaw.com

*Attorney for Defendants*