UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| VOICES UNITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:17-cv-00693-TWP-MPB |
| | ) |
| CARMEL CLAY SCHOOLS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Order**

The parties, having filed their Stipulation of Dismissal, and the Court being duly advised finds that it should be approved and granted, and,

**IT IS THEREFORE ORDERED** that this case is dismissed.

_____          _____
Date                                              Judge, United States District Court


To:   All ECF-registered counsel of record